**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES BINGLEY FRYAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0918 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 12) |

On December 20, 2021, Plaintiff filed a stipulation of the parties for an extension of thirty days to file a motion for summary judgment. (Doc. 12.) Melissa Newel, Plaintiff's counsel, reports the extension is necessary "due to the number of certified transcripts received from the Commissionedue to holiday travel and multiple briefing deadlines currently scheduled for the same day." (*Id.* at 2.) This is the first request for an extension, and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

　　1.　　The request for an extension of time (Doc. 12) is **GRANTED**; and

　　2.　　Plaintiff **SHALL** file a motion for summary judgment no later than **February 2, 2022**.

IT IS SO ORDERED.

　　Dated:　**December 20, 2021**　　　　　　_____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE