1  Melissa Newel (#148563)
   NEWEL LAW
2  2625 Alcatraz Ave., Suite 132
3  Berkeley, CA  94705
   (510) 316-3827
4  mnewel@newellawfirm.com

5  Attorney for Plaintiff
   CHARLES BINGLEY FRYAR
6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  CHARLES BINGLEY FRYAR,                    No.  1:21-cv-00918-BAK

12              Plaintiff,

13       v.                                   **MOTION AND ORDER FOR FIVE-DAY FURTHER EXTENSION OF BREIFING SCHEDULE**
14  COMMISSIONER OF
    SOCIAL SECURITY,
15                                            **(ECF No. 15)**
16              Defendant.

17

18
          Plaintiff Charles Bingley Fryar filed his complaint for judicial review of the
19
   Commissioner of Social Security's denial of his application for Social Security disability benefits
20
   on June 10, 2021. (ECF Doc. 1) Pursuant to General Order No. 615, the defendant responded to
21
   the Complaint over five months later, on November 17, 2021. (ECF Doc. 10) On November 19,
22
   2021, the Court issued an Order Amending The Scheduling Order which, in part, required
23
   Plaintiff's motion for summary judgment to be filed within 45 days (corresponding to January 3,
24
   2022). (ECF Doc. 11, p. 1:25-26) On December 21, 2021, the parties filed a Stipulation
25
   requesting a 30-day extension of time to file his Opening Brief. (ECF Doc. 12) The Court issued
26
   an Order that Plaintiff's Opening Brief shall be filed no later than February 2, 2022. (ECF Doc.
27
   13)
28

Plaintiff now moves for a five-day further extension, to Monday February 7, 2022, due to Plaintiff's counsel's illness. Counsel for the Defendant informed Plaintiff's counsel by email, dated January 31, 2022, that the government has no objection to Plaintiff's request. Plaintiff's counsel sincerely apologizes to the Court should any inconvenience be caused, and requests that leave be granted for Plaintiff to file his Opening Brief on or before February 7, 2022.

Respectfully submitted,

Dated: January 31, 2022                    NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
CHARLES BINGLEY FRYAR

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff's motion for extension of the briefing schedule (ECF No. 15) is granted. Plaintiff is granted leave to file his Opening Brief on or before February 7, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **February 1, 2022**           /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE